1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

MANUEL SAMPERIO,                              No.  2:14-cv-1426 AC P

12

                    Petitioner,

13

         v.                                  ORDER

14

UNKNOWN,

15

                    Respondent.

16

17

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18

corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued

19

by the Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United

20

States District Court for the Eastern District of California.  See Local Rule 120(d).

21

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22

division of a court may, on the court's own motion, be transferred to the proper division of the

23

court.  Therefore, this action will be transferred to the Fresno Division of the court.

24

        Good cause appearing, IT IS HEREBY ORDERED that:

25

        1. This action is transferred to the United States District Court for the Eastern District of

26

California sitting in Fresno; and

27

/////

28

/////

1

1          2.  All future filings shall reference the new Fresno case number assigned and shall be

2    filed at:

3                              United States District Court
                             Eastern District of California
                             2500 Tulare Street
4                              Fresno, CA 93721

5    DATED: June 18, 2014

6                                              _____

7                                              ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2